AO 106 (Rev. 04/10)  Application for a Search Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

APR 0 6 2016

MATTHEW J. DYKMAN
CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

White Nissan Sentra currently bearing New Mexico Plate
# 695TGZ

)
)
)
)
)

Case No. 16 MR 256

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
White Nissan Sentra currently bearing New Mexico Plate # 695TGZ

located in the _____ District of _____ **New Mexico** _____, there is now concealed *(identify the person or describe the property to be seized)*:
evidence of a crime; contraband, fruits of crime, or other items illegally possessed; propoerty designed for use, intended for use, or used in committing a crime that is stored at in the vehicle used by Martin Huertta, a white Nissan Sentra currently bearing New Mexico Plate # 695TGZ

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 § 2113 | Bank robbery and incidental crimes |

The application is based on these facts:

**See attached affidavit.**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

James Sumner    FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/6/2016

_____
*Judge's signature*

City and state: Albuquerque, NM

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF White Nissan Sentra currently bearing New Mexico Plate # 695TGZ | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A SEARCH WARRANT

I, James P. Sumner, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure for evidence of a crime; contraband, fruits of crime, or other items illegally possessed; property designed for use, intended for use, or used in committing a crime that is stored in a vehicle utilized by Martin Huerrta, a Nissan Sentra with New Mexcio Plate # 695TGZ. The effects to be searched and seized are described in the following paragraphs and in Attachment A.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2014.  I am currently assigned to the Albuquerque Field Office, in the Violent Crimes Program, with a primary duty to investigate individuals involved in violent crimes, including bank robberies. The information set forth in this affidavit has been derived from investigation conducted by your affiant, and/or communicated to me by other sworn law enforcement officers.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 18 U.S.C. § 2113 has been committed by Martin Huertta.  There is probable cause to search for effects that are stored in the vehicle described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5.      Over the course of 10 months, 16 banks have been robbed by individuals using a similar modus operandi including demanding money from the top and bottom drawers, stating that he (the suspect) has followed one of the tellers home, and demanding that no dye packs be put in with the money. Additionally, the suspect has been described as approximately 6' and approximately 200lbs. The individual has worn what appeared to be similar pieces of clothing to many of the robberies that have included hooded jackets or sweatshirts, sunglasses, gloves, and baseball cap. Once the suspect exits the bank, he enters a vehicle with a driver that sometimes includes another passenger. The banks in total have sustained an estimated loss of $148,843.52.

6.      In one such bank robbery incident occurring on 12/12/2015, at approximately, 12:20 p.m., at the New Mexico Bank and Trust, 3701 4th St. NW, Albuquerque, NM, an unknown male entered the bank brandishing a semiautomatic pistol and demanded money. The suspect left in a Nissan Hatchback missing a rear-passenger hubcap. Another incident occurred on 1/8/2016 at approximately 5:44 p.m. at the Bank of America, 6603 4th St NW, Los Ranchos de Albuquerque, NM, a white Nissan Versa, that appeared identical to the Nissan hatchback used on 12/12/2015, parked in the bank parking lot and a male subject exited from the rear passenger door. The subject entered the bank brandishing a semiautomatic hand gun and demanded money from top and bottom drawers. Based on security camera images and witness descriptions the

2

subject appeared to be wearing a hooded black jacket, a baseball cap which was covered by the hood, sunglasses and gloves.

7.     An identified Albuquerque Police Department (APD) source stated that he/she and other individuals provided stolen motor vehicles to Martin Huertta. The source also identified a "Greg" last name unknown at 4905 14th St., Albuquerque, NM 87107 as an associate of Huertta. The source has been to the 4905 14th St. residence, and observed firearms and large amounts US currency. The source overhead Greg state that Huertta, Greg, and an unknown third male individual had committed numerous bank robberies. According to the source, Greg also stated that Greg and Huertta would case the bank branch that was to be robbed. In early December 2015, the source and other individuals provided Huertta with a stolen white Nissan Versa and had provided Huertta with other stolen motor vehicles on previous occasions. The source overhead Greg state that Greg, Huertta, and the third unknown male individual had used the stolen vehicles provided by the source to Huertta in the past to rob banks and that they intended to use the Versa to commit bank robbery.

8.     Database checks indicated address belonged to Greg Miera. Surveillance conducted by law enforcement observed Miera, Huertta and others going to residence to include Chris Gallegos.

9.     Huertta was observed by APD several times driving a white Nissa Sentra with New Mexico license plate number 695 TGZ. On 3/16/2016, Huerta and an unknown male and female were observed by APD surveilling banks in the Nissan Sentra.

10.    On 3/19/2016, at approximately 12:57 p.m., an individual entered the Bank of Albuquerque located at 4700 Montgomery Blvd. NE, Albuquerque, New Mexico brandishing a firearm. The individual demanded money from the top and bottom drawers, $100s, and no dye

packs. The victim teller gave the individual US currency, and the individual exited the bank. The individual was observed leaving in a white 1980's four-door Nissan, Toyota, or Honda. This description is similar to the Nissan Sentra APD observed Huerrta driving. Huerrta was last observed driving the Nissan Sentra with New Mexico license plate number 695TGZ on 3/30/2016.

11.   During APD's surveillance on 3/29/2016, Miera, Huertta, and Gallegos were observed to be driving around several banks, including pulling into the bank and parking in front of the bank entrance, but not exiting their vehicles. Then driving at a fast rate exiting the bank. Based on my experience and experience of other law enforcement officers, this appeared to be bank casings.

12.   On 3/30/2016, APD was surveilling four individuals, in a blue Subaru Outback with New Mexico plate number 024TAX known to be used by bank robbery suspects by Miera and Huertta. It should be noted that the aforementioned license plate was reported stolen on 3/29/2016; it was registered to Dolores Tafoya as a tan Subaru four-door. At approximately 2:40 p.m., an individual from the Subaru sitting in the left rear passenger seat entered the US Bank, 5620 Wyoming Blvd. NE, Albuquerque, New Mexico. Based on security camera images the subject was wearing a dark colored hoodie, one light colored and one dark colored glove, light colored pants, dark colored cloth covered his face, and dark sunglasses. The individual demanded money and US Bank employees complied. The subject brandished a dark colored hand gun and had white plastic bag in the other hand. He ordered two bank tellers to fill the bag with money from the top and bottom drawers and the tellers complied. The bank employees gave $10 dollar bait bills bearing Serial Numbers MG26313802A, MG26313803A, MG26313804A, MG26313805A, MG26313806A, MG26313847A, MG26313848A, MG26313849A,

4

MG26313850A, and MG26313851A. Also included were $20 dollar bait bills with Serial

Numbers ME20843625B, ME53516750A, MB04328256B, MB41765756A, MB74707137A. He

twice threatened to shoot bank employees.

13.     APD followed the individuals from the US Bank to 4905 14th St. NW,

Albuquerque, NM. The four individuals exited the vehicle and entered the residence. They were

later identified by APD as Miera, Huertta, Isaiah Gallegos, and Christian Herrera. APD also

observed Miera fleeing from the from the 4905 14th St. NW address out of a back window. Miera

was holding a white plastic bag similar in appearance to the one used in the robbery on

3/30/2016. Miera tried to jump a fence around the 4905 14th St. NW property, but in doing so;

Miera dropped the bag which contained US currency into a bush on the other side of the fence in

a vacant lot. Miera was then observed fleeing to the following address 1328 San Andreas NW,

Albuquerque, New Mexico 87107.

14.     Gallegos arrived at the 4905 14th St. address while APD was on scene in a white

four door Chevrolet Tahoe with New Mexico plates LSF159. The plate was reported stolen and

is registered to Holly Fields to a 2006 Chevrolet. Based on my training and experience, bank

robbers use stolen license plates and or vehicles to avoid detections.

15.     US Bank's deposits are insured by the Federal Deposit Insurance Corporation and

it is therefore a bank as defined under 18 USC § 2113.

16.     In my training and experience working bank robbery investigations, I am aware

that:

        a.      Bank robbers often conceal their clothing, robbery notes, disguises, tools

and other implements, and the proceeds of their robberies in their residences, on their property,

and on their persons.

b.      Bank robbers often take, or cause to be taken, photographs of themselves, their associates, offense locations, and property derived from their criminal activities, including with cellular telephones, and that such photographs are often kept in their residences or stored in electronic format on electronic storage media including but not limited to computers and computer thumb drives. Bank robbers can store evidence of the robbery on electronic devices for an extended period of time; even when the user deletes the information, the information can sometimes be recovered by forensics methods.

c.      Bank robbers often coordinate and inform confederates or associates of plans or schemes, details of the criminal activity, results of the criminal activity including proceeds, items purchased or to be purchased with the proceeds, including but not limited to sending text messages, emails, or internet chat platforms using cellular telephones or computers that are often kept in their residences or persons.

d.      Bank robbers often commit criminal activity to satisfy an outstanding monetary debt. Records, ledgers, notes, receipts, and electronic records including but not limited to text messages and emails, relating to the debt and satisfying the debt are commonly maintained at their property.

e.      Bank robbers can attempt to legitimize the proceeds from their criminal activity. They can accomplish this by using services of foreign and domestic banks and various financial institutions, and real estate brokers. Books and papers relating to such efforts, including but not limited to, cashier checks, money orders, telegrams, letters of credit and ledgers, are maintained in the residences and on property of those involved in criminal activity.

**CONCLUSION**

17.     I submit that this affidavit supports probable cause for a warrant to search the

6

vehicle described in Attachment A and seize the items described in Attachment B.

## AUTHORIZATION REQUEST

18.     Based on the foregoing, I request that the Court issue the proposed search and seizure warrant, pursuant to the Federal Rule of Criminal Procedure 41, to allow the search and seizure of evidence of a crime stored in the white Nissan Sentra with New Mexico license plate number 695TGZ.

19.     Assistant United States Attorney Paul Mysliwiec has reviewed and approved this affidavit for a search and seizure warrant.

20.      I swear that this information is true and correct to the best of my knowledge.


Respectfully submitted,


James P Sumner
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on  April  6  , 2016


UNITED STATES MAGISTRATE JUDGE

7

# ATTACHMENT A

## Property to Be Searched

This warrant applies items listed in Attachment B that were used or obtained during a commission of a felony that is stored in a white Nissa Sentra with New Mexico license plate number 695 TGZ..

8

**ATTACHMENT B**

**Particular Things to be Seized**

I.     **Items to be Searched and Seized by the Government**

The following items, records, documents, files or materials, in whatever form are to be seized and search for the evidence, contraband, fruits of a crime, other items illegally possessed, and property intended for use or used in committing a violation of Title 18 U.S.C. § 2113, bank robbery:

1.  Articles of clothing that match the description of the clothing worn during the robbery, including ~~but not limited to~~:

    a.  dark colored face covering,

    b.  a hooded dark colored jacket,

    c.  hoodie with dark colored sleeves and hood with light colored torso area,

    d.  yellow colored safety vest with image on the back,

    e.  light colored gloves,

    f.  red colored item that fits on a wrist,

    g.  body armor

2.  Any United States currency appearing to be new or stolen from a bank including ~~but not limited to~~:

    a.  US currency maintained in bank straps

    b.  Unexplained large amounts of currency

3.  Cellular phones.

4.  Photographs of any bank branch and or proceeds from the bank robbery.

9

5. Bank brochures.

6. Maps or items depicting the locations of driving and escape routes in relationship to the bank robbery.

7. Money wrappers, straps, bands.

8. Firearms, including a dark colored semiautomatic pistol used during the bank robbery.

*since 12/12/2015*

9. Evidence of recent purchases and payments, including ~~but not limited to~~ receipts, payment stubs, invoices and money orders.

10. Credit Cards or Debit Cards,

11. Indications of ownership or control of these premise and/or other premises used in *relation to bank robberies or stealing motor vehicles and/or* ~~unlawful activity~~, including ~~but not limited to~~, utility bills, cancelled checks, or *license plates* envelopes and deeds or leases.

12. Indications of ownership or control over vehicle to be searched, including ~~but not limited to~~, titles, registration, gas receipts, repair bills and keys belonging to that vehicle.

13. Any writing or written recordings or communications regarding the bank robbery, planning for the bank robbery, and or the use, disposition, and or concealment of the proceeds from the bank robbery.